An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

HOMAR GALARZA LUNA,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 61990

FILED

SEP 1 8 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK



## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery with the intent to commit sexual assault. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Appellant Homar Galarza Luna's sole contention on appeal is that the district court erred in sentencing him to a term of life with the possibility of parole after ten years. He asserts that the district court was limited to sentencing him to the term of life with the possibility of parole after two years as specified by statute. We discern no error. *See State v. Catanio*, 120 Nev. 1030, 1033, 102 P.3d 588, 590 (2004) ("Statutory interpretation is a question of law subject to de novo review."). NRS 200.400(4)(b) provides a range in which the judge can sentence a defendant. The range is from a minimum of two years to a maximum life sentence with the possibility of parole. NRS 200.400(4)(b). Furthermore, NRS 176.033(1)(b) provides that "[i]f sentencing a person who has been found guilty of a felony, [the court shall] sentence the person to a minimum term and a maximum term of imprisonment, unless a definite term of imprisonment is required by statute." Thus, both the statutes are

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27702

clear that a judge can sentence a defendant within the range prescribed in NRS 200.400(4)(b). Accordingly, we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:     Hon. Michael Montero, District Judge
        Pershing County Public Defender
        Attorney General/Carson City
        Humboldt County District Attorney
        Humboldt County Clerk